JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER, a California medical corporation,<br><br>      Plaintiff,<br><br>  vs.<br><br>VULCAN MATERIALS COMPANY, etc., et al.,<br><br>      Defendants. | Case No. CV 11-06064-CAS (VBKx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE UNDER F.R.C.P. 41(a)(1)** |

The Court having considered the Stipulation for Dismissal of Action with Prejudice Under F.R.C.P. 41(a)(1) signed by all parties who have appeared in the action and filed with the Court on October 7, 2011, and good cause appearing,

IT IS HEREBY ORDERED that the complaint of plaintiff Eden Surgical Center and this action are dismissed with prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

DATED:  October 13, 2011

                                            Christina A. Snyder
                                            United States District Judge